Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, CA 90064
Tel: (310) 226-7878

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTIUM LLC,<br><br>                                Plaintiff(s),<br>v.<br><br>SUN ROBOTICS, LANCE SUN, and DOES 1-10.,<br><br>                                Defendant(s). | CASE NUMBER<br><br>2:20-cv-10740 DMG (JPRx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

- ☑ This action is dismissed by the Plaintiff(s) in its entirety.

- ☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- ☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ **ONLY** Defendant(s) _____
  is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c) without prejudice.

|  |  |
|---|---|
| February 4, 2021 | /s/      Milord A. Keshishian |
| *Date* | *Signature of Attorney/Party* |

NOTE: ***F.R.Civ.P. 41(a):*** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

***F.R.Civ.P. 41(c):*** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*